UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CATHIE Y. LAJOIE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:07CV32 HEA |
| CHARLES R. GREENWOOD, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

**IT IS HEREBY ORDERED** that within five days from the date of this Order, the parties in this matter are to jointly report to the Court on the propriety of a referral to alternative dispute resolution.

Dated this 5th day of November, 2007.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE